No. 89–5065.  JARRETT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 89–5066.  CHURCH *v.* THOMPSON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–5070.  MCDONALD *v.* ONOH.  Ct. App. Tenn.  Certiorari denied.

No. 89–5073.  BLACKMON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5074.  GOLDSMITH *v.* JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5075.  BIONDI *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 89–5076.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5077.  WILLIAMS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5078.  GRIFFIN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–5079.  FLETCHER *v.* TENNESSEE DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–5080.  HARRIS *v.* MARYLAND ET AL.  C. A. 4th Cir. Certiorari denied.

No. 89–5081.  DAVIS *v.* DAVIS.  Ct. Sp. App. Md.  Certiorari denied.

No. 89–5082.  BILDER *v.* CITY OF AKRON.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 89–5084.  MOORE *v.* TENDER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 89–5085.  WHITE *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 89–5086.  PROVOST *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.